**VICTIM CASE**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Antonio SAQUIMUX-DE LA CRUZ**<br>DOB: xx/xx/1980;<br>Guatemalan Citizen<br><br>FILED __ LODGED<br>RECEIVED __ COPY<br>MAR 10 2011<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-04797M** |

Complaint for violation of Title 18      United States Code § 111 (a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 8, 2011, at or near Cowlic, in the District of Arizona, **Antonio SAQUIMUX-DE LA CRUZ** intentionally and forcibly did assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent, Manuel Lozano, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Officer Lozano, in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 8, 2011, at or near Cowlic, Arizona, in the District of Arizona, **Antonio SAQUIMUX-DE LA CRUZ** was seen with a group of possible illegal aliens that a MSS operator spotted. The MSS operator observed a group of 14 possible illegal aliens. Agents A. Sulli and Agent M. Lozano started to approach the group when the group was about 200 yards from them. They saw them and started to run away. Agent Lozano ran after a group of four, when he noticed a person trying to hide. While escorting that individual identified as **Antonio SAQUIMUX-DE LA CRUZ** back to the rest of the group, Agent Lozano felt his service issue handgun being jerked. Agent Lozano realized the illegal alien had grabbed my handgun and was forcefully jerking and attempting to take it away. Agent Lozano feared that the illegal alien would succeed and use his handgun against him. Unable to safely reach any non-lethal devices, Agent Lozano instinctively struck **SAQUIMUX-DE LA CRUZ** on the side of the face with his fist and **SAQUIMUX-DE LA CRUZ** fell. **SAQUIMUX-DE LA CRUZ** got up and again lunged towards his handgun. Agent Lozano responded with a front kick to his torso. **SAQUIMUX-DE LA CRUZ** then complied with commands to stop.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Recommend Detention G. Micah Schmit<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| DNR:wd<br>Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 10, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

VICTIM CASE